# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WYLAND,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BERRY PETROLEUM COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 1:18-CV-01414-DAD-JLT<br><br>**[PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 14) |

Based upon the stipulation of the parties, the Court **ORDERS:**

The Scheduling Conference is continued to Monday, March 18, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**January 31, 2019**__　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

610350.1

1

[PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE