UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WYLAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BERRY PETROLEUM COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 1:18-CV-01414-DAD-JLT<br><br>**[PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 18) |

　　Based upon the stipulation of the parties, the Court **ORDERS:**

　　1.　　The scheduling conference set in this matter for Monday, March 18, 2019, is continued to Monday, May 14, 2019, at 8:30 a.m.

IT IS SO ORDERED.

　Dated:　**March 1, 2019**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

618109.2

[PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE