# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WYLAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>BERRY PETROLEUM COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No. 1:18-CV-01414-DAD-JLT<br><br>**ORDER CLOSING THE ACTION**<br><br>**(Doc. 39)** |

On March 25, 2020, the parties filed a stipulation to dismiss the action with prejudice. (Doc. 39) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **March 25, 2020**                    **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE